


 SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 07/30/2022
Period Ending: 08/12/2022
Pay Date: 08/18/2022

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

**STEPHANIE E ALLEN
709 N HANOVER ST
POTTSTOWN PA 19464**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.4396 | 69.25 | 2,177.19 | 36,358.40 |
| Ss Sick | 31.4396 | 8.00 | 251.52 | 1,556.28 |
| Overtime | | | | 400.38 |
| Holiday N | | | | 1,459.74 |
| Personal N | | | | 754.55 |
| Retro Pay | | | | 164.54 |
| Spot Bonus | | | | 1,500.00 |
| Ss Vac Net | | | | 1,896.96 |
| **Gross Pay** | | | **$2,428.71** | 44,090.85 |

| Other | this period | year to date |
|---|---|---|
| Metlife Dental | | 52.10 |
| **Net Pay** | **$1,555.25** | |
| Netpay-Checking | -150.00 | |
| Netpay-Checking | -1,405.25 | |
| **Net Check** | **$0.00** | |

**Deductions    Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -164.95 | 3,290.47 |
| Social Security Tax | -128.91 | 2,364.48 |
| Medicare Tax | -30.15 | 552.98 |
| PA State Income Tax | -63.84 | 1,170.77 |
| Pottstown Bo Income Tax | -20.80 | 381.41 |
| PA SUI Tax | -1.45 | 26.45 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident Voltry | -12.00 | 204.00 |
| Carefirst Hra | -319.76* | 5,417.82 |
| Critical Illnes | -6.46 | 103.36 |
| Hlth Care Spend | -21.74* | 347.84 |
| L S T | -2.00 | 34.00 |
| Salaried Ltd | -10.48 | 176.80 |
| Salaried Std | -10.04 | 169.36 |
| Vision Plan | -8.02* | 136.34 |
| 401K Pre Basic | -72.86* | 1,322.76 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,006.33

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 69.25 | |
| Ss Sick | | 120.90 |
| Ss Vac Avail | | 112.00 |
| Ss Vac Net | | 65.88 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

© 2000 ADP, Inc.

 SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

**Advice number:** 00000330706
**Pay date:** 08/18/2022

**Deposited to the account of**
STEPHANIE E ALLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3438 | xxxx xxxx | $150.00 |
| xx3462 | xxxx xxxx | $1,405.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 



SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 08/13/2022
Period Ending: 08/26/2022
Pay Date: 09/01/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

STEPHANIE E ALLEN
709 N HANOVER ST
POTTSTOWN PA 19464

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.4396 | 38.75 | 1,218.28 | 37,576.68 |
| Ss Vac Net | 31.4396 | 40.00 | 1,257.58 | 3,154.54 |
| Overtime | | | | 400.38 |
| Holiday N | | | | 1,459.74 |
| Personal N | | | | 754.55 |
| Retro Pay | | | | 164.54 |
| Spot Bonus | | | | 1,500.00 |
| Ss Sick | | | | 1,556.28 |
| **Gross Pay** | | | **$2,475.86** | 46,566.71 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -170.44 | 3,460.91 |
| | Social Security Tax | -131.83 | 2,496.31 |
| | Medicare Tax | -30.83 | 583.81 |
| | PA State Income Tax | -65.28 | 1,236.05 |
| | Pottstown Bo Income Tax | -21.26 | 402.67 |
| | PA SUI Tax | -1.49 | 27.94 |
| | **Other** | | |
| | Accident Voltry | -12.00 | 216.00 |
| | Carefirst Hra | -319.76* | 5,737.58 |
| | Critical Illnes | -6.46 | 109.82 |
| | Hlth Care Spend | -21.74* | 369.58 |
| | L S T | -2.00 | 36.00 |
| | Salaried Ltd | -10.48 | 187.28 |
| | Salaried Std | -10.04 | 179.40 |
| | Vision Plan | -8.02* | 144.36 |
| | 401K Pre Basic | -74.28* | 1,397.04 |

| Other | this period | year to date |
|---|---|---|
| Metlife Dental | | 52.10 |
| **Net Pay** | **$1,589.95** | |
| Netpay-Checking | -150.00 | |
| Netpay-Checking | -1,439.95 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,052.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 38.75 | |
| Ss Sick | | 123.03 |
| Ss Vac Avail | | 72.00 |
| Ss Vac Net | | 30.43 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

© 2000 ADP, Inc.



SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

**Advice number:** 00000350697
**Pay date:** 09/01/2022

**Deposited to the account of**
STEPHANIE E ALLEN



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3438 | xxxx xxxx | $150.00 |
| xx3462 | xxxx xxxx | $1,439.95 |

**NON-NEGOTIABLE**

# Earnings Statement 

  SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 08/27/2022
Period Ending: 09/09/2022
Pay Date: 09/15/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

STEPHANIE E ALLEN
709 N HANOVER ST
POTTSTOWN PA 19464

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.4396 | 62.00 | 1,949.26 | 39,525.94 |
| Holiday N | 31.4396 | 8.00 | 251.52 | 1,711.26 |
| Ss Vac Net | 31.4396 | 8.00 | 251.52 | 3,406.06 |
| Overtime | | | | 400.38 |
| Personal N | | | | 754.55 |
| Retro Pay | | | | 164.54 |
| Spot Bonus | | | | 1,500.00 |
| Ss Sick | | | | 1,556.28 |
| **Gross Pay** | | | **$2,452.30** | 49,019.01 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.70 | 3,628.61 |
| | Social Security Tax | -130.37 | 2,626.68 |
| | Medicare Tax | -30.50 | 614.31 |
| | PA State Income Tax | -64.55 | 1,300.60 |
| | Pottstown Bo Income Tax | -21.03 | 423.70 |
| | PA SUI Tax | -1.47 | 29.41 |
| | **Other** | | |
| | Accident Voltry | -12.00 | 228.00 |
| | Carefirst Hra | -319.76* | 6,057.34 |
| | Critical Illnes | -6.46 | 116.28 |
| | Hlth Care Spend | -21.74* | 391.32 |
| | L S T | -2.00 | 38.00 |
| | Salaried Ltd | -10.48 | 197.76 |
| | Salaried Std | -10.04 | 189.44 |
| | Vision Plan | -8.02* | 152.38 |
| | 401K Pre Basic | -73.57* | 1,470.61 |

| Other | this period | year to date |
|---|---|---|
| Metlife Dental | | 52.10 |
| **Net Pay** | **$1,572.61** | |
| Netpay-Checking | -150.00 | |
| Netpay-Checking | -1,422.61 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,029.21

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 62.00 | |
| Ss Sick | | 125.13 |
| Ss Vac Avail | | 64.00 |
| Ss Vac Net | | 26.93 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

© 2000 ADP, Inc.

---

 SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

**Advice number:** 00000370715
**Pay date:** 09/15/2022

**Deposited to the account of**
STEPHANIE E ALLEN



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3438 | xxxx xxxx | $150.00 |
| xx3462 | xxxx xxxx | $1,422.61 |

**NON-NEGOTIABLE**

 

**Earnings Statement** 

SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 09/10/2022
Period Ending: 09/23/2022
Pay Date: 09/29/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

STEPHANIE E ALLEN
709 N HANOVER ST
POTTSTOWN PA 19464

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.4396 | 72.75 | 2,287.23 | 41,813.17 |
| Ss Sick | 31.4396 | 2.00 | 62.88 | 1,619.16 |
| Overtime | | | | 400.38 |
| Holiday N | | | | 1,711.26 |
| Personal N | | | | 754.55 |
| Retro Pay | | | | 164.54 |
| Spot Bonus | | | | 1,500.00 |
| Ss Vac Net | | | | 3,406.06 |
| **Gross Pay** | | | **$2,350.11** | 51,369.12 |

| Other | this period | year to date |
|---|---|---|
| Metlife Dental | | 52.10 |
| **Net Pay** | **$1,497.42** | |
| Netpay-Checking | -1,497.42 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,930.08

**Deductions** **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -155.80 | 3,784.41 |
| Social Security Tax | -124.04 | 2,750.72 |
| Medicare Tax | -29.00 | 643.31 |
| PA State Income Tax | -61.42 | 1,362.02 |
| Pottstown Bo Income Tax | -20.01 | 443.71 |
| PA SUI Tax | -1.41 | 30.82 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident Voltry | -12.00 | 240.00 |
| Carefirst Hra | -319.76* | 6,377.10 |
| Critical Illnes | -6.46 | 122.74 |
| Hlth Care Spend | -21.74* | 413.06 |
| L S T | -2.00 | 40.00 |
| Salaried Ltd | -10.48 | 208.24 |
| Salaried Std | -10.04 | 199.48 |
| Vision Plan | -8.02* | 160.40 |
| 401K Pre Basic | -70.51* | 1,541.12 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 72.75 | |
| Ss Sick | | 125.13 |
| Ss Vac Avail | | 64.00 |
| Ss Vac Net | | 31.25 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

© 2000 ADP, Inc.

---



SODEXO, INC. AND AFFILIATED COMPANIES
SDH SERVICES EAST LLC
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

**Advice number:** 00000390704
**Pay date:** 09/29/2022

**Deposited to the account of**
STEPHANIE E ALLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3438 | xxxx xxxx | $1,497.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**