Lancaster Emergency Associates
PO Box 417113
Boston, MA 02241-7113


Lancaster General Health
PO Box 824809
Philadelphia, PA 19182-4809