**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephanie Elizabeth Allen,  :   Chapter 13
  Debtor   :   Case No.: 22-12736-pmm

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed February 7, 2023 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on February 7, 2023:*

Kiana Witcher, Auth Agent
Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

Rebekah Heil, Coll. Officer
Diamond Credit Union
1600 Medical Drive
Pottstown, PA 19464

Jennifer L Dellatore, Bankr. Spec.
Citizens Bank N.A.
One Citizens Bank Way JCA115
Johnston RI 02919

Vince Passione, CEO
LendKey Technologies, Inc.
9999 Carver Rd, Suite 400
Cincinnati, OH 45242

*Via Electronic Filing (ECF) on February 7, 2023:*

Brian Craig Nicholas on behalf of PennyMac Loan Services, LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

1

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: February 7, 2023    Counsel for Debtor