# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Elizabeth Allen f/k/a Stephanie Elizabeth Green<br><br>　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br><br>　　　　　　　　　Movant<br>　　vs.<br><br>Stephanie Elizabeth Allen f/k/a Stephanie Elizabeth Green<br><br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br><br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 22-12736 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **November 23, 2022, docket number 13**.

Dated: February 16, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Brian C. Nicholas
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com