United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-12736-pmm
Stephanie Elizabeth Allen | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 　　　　　　　　User: admin 　　　　　　　　Page 1 of 2
Date Rcvd: Mar 09, 2023 　　　　　　Form ID: 155 　　　　　　　Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Elizabeth Allen, 419 Kingston Drive, Douglassville, PA 19518-8722 |
| 14739217 | + | Citizens NA, One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919-1922 |
| 14728152 | | Eric Allen, 769 N. Hanover Street, Pottstown, PA 19464 |
| 14728155 | + | Lancaster EMS, 100 E Charlotte Street, Millersville, PA 17551-1506 |
| 14734130 | | Lancaster Emergency Associates, PO Box 417113, Boston, MA 02241-7113 |
| 14734131 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14728156 | + | Lendkey/agriculture Fc, PO Box 824575, Philadelphia, PA 19182-4575 |
| 14728157 | + | MidLantic Urology, PO Box 268938, Dept 1067, Oklahoma City, OK 73126-8938 |
| 14729786 | + | PENNYMAC LOAN SERVICES, LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14728160 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14728148 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14728150 | | Email/Text: bankruptcy@diamondcu.com | Mar 09 2023 23:53:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14728149 | | Email/Text: bankruptcy@diamondcu.com | Mar 09 2023 23:53:00 | Diamond Credit Union, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464 |
| 14732488 | | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Bank, Discover Products Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14728151 | + | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14728153 | | Email/Text: FMClaims@Firstmarkservices.com | Mar 09 2023 23:53:25 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 14728154 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 09 2023 23:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14729672 | ^ | MEBN | Mar 09 2023 23:51:43 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14744339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 00:04:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14728158 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2023 00:04:38 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14741264 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2023 00:04:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14742267 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14728159 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 00:04:51 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14728161 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 09 2023 23:53:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14741949 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 09 2023 23:53:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Stephanie Elizabeth Allen CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephanie Elizabeth Allen
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12736−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 9, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Patricia M. Mayer
                                Judge ,
                                United States Bankruptcy Court

                                            22
                                      Form 155