# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Stephanie Elizabeth Allen, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 22-12736-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the First Application for Compensation was filed with the Court on April 28, 2023, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on April 28, 2023.

3. A response to the Application was due on or before May 19, 2023.

4. No response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
   Joseph L. Quinn, Esquire
   Attorney for Debtor
   Attorney I.D. No. 307467
   Ross, Quinn & Ploppert, P.C.
   192 S. Hanover Street, Suite 101
   Pottstown, PA 19464
   Ph: (610) 323-5300

Dated: May 24, 2023