UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Stephanie Allen                           : Chapter 13
                                                  :
                    Debtor                        : Bankruptcy No.  22-12736-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 4-2 of Discover Bank and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-2 of Discover Bank is disallowed.

BY THE COURT:

Dated:  **June 15, 2023**

_____
**Patricia M. Mayer, Bankruptcy Judge**