| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-12736-PMM

| | |
|---|---|
| Stephanie Elizabeth Allen | Petition Filed Date: 10/12/2022 |
| 419 Kingston Drive | 341 Hearing Date: 11/15/2022 |
| Douglassville  PA    19518 | Confirmation Date: 03/09/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $350.00 | | 09/19/2023 | $350.00 | | 10/18/2023 | $350.00 | |
| 11/21/2023 | $350.00 | | 12/18/2023 | $350.00 | | 01/18/2024 | $350.00 | |
| 02/20/2024 | $350.00 | | 03/18/2024 | $350.00 | | 04/17/2024 | $350.00 | |
| 05/20/2024 | $350.00 | | 06/17/2024 | $350.00 | | 07/17/2024 | $350.00 | |

**Total Receipts for the Period:  $4,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $941.00 | $941.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $11,686.74 | $0.00 | $11,686.74 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Secured Creditors | $13,014.97 | $5,353.32 | $7,661.65 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $8,214.48 | $0.00 | $8,214.48 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRSTMARK SERVICES »» 005 | Unsecured Creditors | $83,943.35 | $0.00 | $83,943.35 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Mortgage Arrears | $915.76 | $376.68 | $539.08 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $4,506.98 | $0.00 | $4,506.98 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,583.44 | $0.00 | $1,583.44 |

**Chapter 13 Case No. 22-12736-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,700.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $6,671.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $714.00 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $315.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.