Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-12736-PMM**

Stephanie Elizabeth Allen  
419 Kingston Drive  
Douglassville  PA   19518

Petition Filed Date: 10/12/2022  
341 Hearing Date: 11/15/2022  
Confirmation Date: 03/09/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | $350.00 | | 09/17/2024 | $350.00 | | 10/18/2024 | $350.00 | |
| 11/19/2024 | $350.00 | | 12/17/2024 | $350.00 | | 01/17/2025 | $350.00 | |
| 02/18/2025 | $350.00 | | 03/17/2025 | $350.00 | | 04/17/2025 | $350.00 | |
| 05/19/2025 | $350.00 | | 06/18/2025 | $350.00 | | 07/17/2025 | $350.00 | |

**Total Receipts for the Period: $4,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $941.00 | $941.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $11,686.74 | $0.00 | $11,686.74 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Secured Creditors | $13,014.97 | $9,272.33 | $3,742.64 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $8,214.48 | $0.00 | $8,214.48 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRSTMARK SERVICES »» 005 | Unsecured Creditors | $83,943.35 | $0.00 | $83,943.35 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Mortgage Arrears | $915.76 | $652.42 | $263.34 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $4,506.98 | $0.00 | $4,506.98 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,583.44 | $0.00 | $1,583.44 |

**Chapter 13 Case No. 22-12736-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,900.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $10,865.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,034.25 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.